STATE OF MINNESOTA            DISTRICT COURT

COUNTY OF DAKOTA            FIRST JUDICIAL DISTRICT

CASE TYPE: Civil/Invasion of Privacy

| | |
|---|---|
| Samuel G. Zean,<br><br>    Plaintiff,<br><br>v.<br><br>Premiere Global Services, Inc.,<br><br>    Defendant. | Court File No.:<br><br><br><br>**SUMMONS** |

TO: DEFENDANT ABOVE NAMED AND ITS ATTORNEY:

THE STATE OF MINNESOTA TO THE ABOVE-NAMED DEFENDANT:

    You are hereby summoned and required to serve upon Plaintiff's attorneys an Answer to the Complaint, which is herewith served upon you, within twenty (20) days after service of this Summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Dated this 17 day of July, 2009.

By: /s/ Thomas J. Lyons

LYONS LAW FIRM, P.A.
Thomas J. Lyons, Sr., Esq.
Attorney I.D. #65699
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651)770-9707
Facsimile: (651) 704-0907
tlyons@lyonslawfirm.com

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #0249646
367 Commerce Court

1

Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommycjc@aol.com

*Attorneys for Plaintiff*

State of Minnesota  
Dakota County

District Court  
First Judicial District  
Court File Number: 19HA-CV-09-5038  
Case Type: Civil Other/Misc.

**Notice of Case Filing**

PREMIER GLOBAL SERVICES, INC.  
3280 EACHTREE RD NW STE 1000  
ATLANTA GA  30305-2422

---

Samuel G Zean vs Premier Global Services, Inc.

Date Case Filed: 08/11/2009

Court file number 19HA-CV-09-5038 has been assigned to this matter. All future correspondence must include this file number, the attorney identification number, and must otherwise conform to format requirements or they WILL BE RETURNED. Correspondence and communication on this matter should be directed to the following court address:

> Dakota, Hastings - Non - Criminal Court Administration  
> 1560 Highway 55  
> Hastings MN  55033  
> 651-438-8100

If ADR applies, a list of neutrals is available at www.mncourts.gov (go to Alternative Dispute Resolution) or at any court facility.

Dated: August 11, 2009

Carolyn M. Renn  
Court Administrator  
Dakota County District Court

cc:  THOMAS J LYONS