UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Samuel G. Zean,                      Court File No.: 09-CV-2266 (JNE/JSM)

    Plaintiff,

v.                                 **STIPULATION OF DISMISSAL WITH PREJUDICE**

Premiere Global Services, Inc.,

    Defendant.

---

The above-entitled action, having been fully compromised and settled, IT IS HEREBY STIPULATED by and between the parties thereto, through their attorneys, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure the same may be, and hereby is, dismissed with prejudice and without costs and disbursements to any of the parties.

IT IS FURTHER STIPULATED that without further notice, a dismissal with prejudice and without costs and disbursements to any of the parties may be entered herein.

Dated: October 5, 2009                      **MASLON EDELMAN BORMAN & BRAND, LLP**

                                                  By s/JoLynn M. Markison
                                                       David T. Schultz (#169730)
                                                       JoLynn M. Markison (#0386876)
                                                3300 Wells Fargo Center
                                                90 South Seventh Street
                                                Minneapolis, MN 55402
                                                Telephone: (612) 672-8200

                                                **ATTORNEYS FOR DEFENDANT PREMIERE GLOBAL SERVICES, INC.**

Dated: October 1, 2009  **LYONS LAW FIRM, P.A.**

By s/Thomas J. Lyons
  Thomas J. Lyons Sr. (#65699)
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707

and

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons Jr. (#0249646)
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707

**ATTORNEYS FOR PLAINTIFF SAMUEL G. ZEAN**