AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Samuel G. Zean

V.

Premiere Global Services, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 09-CV-2266 (JNE/JSM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff Samuel G. Zean's claims against Defendant Premiere Global Services, Inc., expressed in the complaint filed in *Samuel G. Zean v. Premiere Global Services, Inc.*, MN Case No. 0:09-cv-02266-JNE-JSM, are hereby DISMISSED WITH PREJUDICE.
2. Each party is to bear its own costs.

|  |  |
|---|---|
| October 9, 2009 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/Janet Midtbo |
| (By) | Janet Midtbo,  Deputy Clerk |

Form Modified: 09/16/04